UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JANA ALLEN, GUY AMES III, IRMA          :
ANDERSON, PEGGY ANDERSON, ANNIE         :
BAKER, HELEN BAKER, SHIRLEY BARNES,     :
ESTELE BARRAU, CHARLES BARRET,          :
HELEN BLISH, CHERYL BROOKS, LINDA       :
BROOKS, CHARLENE BROWN, JOANN           :
GUTHRIE, KAROL KOWALSKI, MARJORIE       :
MINOR, BARBARA REICHERT, BARBARA        :
SITZMAN, JOANN SMITH, ELIZABETH         :
STILLE,                                 :
                                        :
        Plaintiffs.                     :    Civil Action
v.                                      :    No. 04-11298-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants.                     :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: July 6, 2004<br>        Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br> Boehringer Ingelheim Pharmaceuticals, Inc. |